## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SIMON TRUSTEE FOR JOSEPH & BRITTANY
KUECHLE

        **vs**

FIRST GUARANTY MORTGAGE CORPORATION

**CASE NO** 21-30554
**CHAPTER:** 13

**DATE**: November 17, 2022
**PLACE**: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Pro Se                      Appears

**COUNSEL FOR DEFENDANT:** Joel Fonferko

**PROCEEDINGS:** Objection to Notice of Mortgage Payment Change

**MINUTES OF COURT:**

Case is called for hearing on the trustee's Objection to the Notice of Mortgage Payment Change filed by First Guaranty Mortgage Corporation.   Joseph Reames appears and enters his appearance on behalf of Creditor First Guaranty Mortgage Corporation.  Pursuant to the statements made in open court, the Objection is Withdrawn.

                                 Dean Lugge
                          Clerk of Bankruptcy Court

               By: /s/Kim Billhartz
                     Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**